IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DENNIS DELGADO,<br><br>    Plaintiff,<br><br>v.<br><br>UGL SERVICES UNICCO OPERATIONS, CO.,<br><br>    Defendant. | CIVIL ACTION NO. 1:11-cv-02894-RLV |

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

The Plaintiff, Dennis Delgado ("Plaintiff") and the Defendant UGL Services Unicco Operations Co. ("Defendant") (collectively, the "Parties"), hereby request that this Court approve the Parties' settlement of the above-captioned matter. As the Plaintiff's action and claims arise under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"), the Parties' settlement must be approved by this Court. *Lynn's Food Stores, Inc. v. United States ex. rel. U.S. Dept. of Labor*, 679 F.2d 1350 (11th Cir. 1982)).

The Parties have executed a written Settlement Agreement ("Agreement") and jointly ask the Court to approve the Agreement and dismiss the case with prejudice. The Parties represent to the Court that the Agreement is a fair and

1

reasonable resolution of a *bona fide* dispute reached as a result of contested litigation. The Parties attest to the fairness and reasonableness of their amicable settlement. The Parties agreed to the terms of this Agreement after they were counseled by their respective attorneys, who represented them throughout this action.

To protect both Parties' privacy, the Parties have included a provision related to confidentiality in the Agreement. This is an individual, as opposed to a class or collective action, and neither the terms of the Agreement nor the subject matter of the underlying dispute concern the public interest. Further, the discussions leading up to the eventual Agreement constituted confidential settlement communications and should be provided the protections that privilege affords so as to avoid a chilling effect upon similar candid assessments of potential risks and liabilities on both sides in the future. For these reasons, on balance, the Parties believe it is in the best interest of all involved for the Agreement to not be a matter of the online public record.

However, in order for the presiding judge to assess the Agreement for fairness and reasonableness of the settlement, the Parties will submit a copy of the Agreement directly to chambers via electronic mail, under seal, for *in camera* review, within a week of this filing, in communication with this Court's staff

and/or as pursuant to this Court's Individual Rules to determine which method of submission is preferable.

WHEREFORE, the Parties jointly and respectfully request that this Court approve the Agreement of the Parties, and dismiss the instant action between the Parties with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/Penn U. Dodson, Esq. | s/Bradley E. Strawn, Esq. |
| Penn U. Dodson | Bradley E. Strawn |
| Georgia Bar No. 224494 | Georgia Bar No. 004419 |
| Nathan W. Kotas | Christopher J. Harris |
| GOLDBERG & DOHAN, LLP | Georgia Bar No. 288309 |
| 1755 The Exchange | LITTLER MENDELSON, P.C. |
| Suite 215 | 3344 Peachtree Road N.E. |
| Atlanta, GA 30339 | Suite 1500 |
| Phone: (678) 224-5656 | Atlanta, Georgia 30326 |
| Fax: (678) 391-6846 | Phone: (404) 233-0330 |
| Email: pdodson@goldbergdohan.com | Fax: (404) 233-2361 |
| Email: nkotas@goldbergdohan.com | Email: bstrawn@littler.com |
| | Email: cjharris@littler.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

SO ORDERED:

_____
U.S.D.J
Dated: _____

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DENNIS DELGADO,<br><br>    Plaintiff,<br><br>v.<br><br>UGL SERVICES UNICCO OPERATIONS, CO.,<br><br>    Defendant. | CIVIL ACTION NO. 1:11-cv-02894-RLV |

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2012, I submitted the foregoing *Joint Motion for Approval of FLSA Settlement* to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to:

    Nathan Kotas
    Penn U. Dodson
    Goldberg & Dohan, LLP
    1755 The Exchange, Suite 215
    Atlanta, GA 30339
    nkotas@goldbergdohan.com
    pdodson@goldbergdohan.com

    /s/Bradley E. Strawn
    Bradley E. Strawn
    Georgia Bar No. 004419

1