FILED IN CHAMBERS
U.S.D.C. Rome

MAR 19 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DENNIS DELGADO,

    Plaintiff,

v.

UGL SERVICES UNICCO
OPERATIONS, CO.

    Defendant.

CIVIL ACTION

NO. 1:11-CV-2894-RLV

O R D E R

The parties' Joint Motion for approval of agreement [Doc. No. 11] is GRANTED. The settlement is approved as presented to the Court.

SO ORDERED, this 19th day of March, 2012.

_____
ROBERT L. VINING, JR.
Senior United States District Judge